FILED IN OPEN COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

NOV 2 7 2007

CHARLES R. DIARD, JR
CLERK

UNITED STATES OF AMERICA       *
     *
vs.       *   **CRIM. NO.** O7-00384· KD
      *   **USAO NO: 07R00438**
**OMAR SHAFIK HAMMAMI**       *
      *     **TO BE FILED UNDER SEAL**
      *

### EX PARTE MOTION TO SEAL INDICTMENT

COMES NOW the United States by and through Deborah J. Rhodes, the United States Attorney for the Southern District of Alabama, and pursuant to Rule 6(e)(4), Federal Rules of Criminal Procedure, moves the Court to seal the indictment returned against the above-captioned defendant and as grounds therefor says the following:

Law enforcement agents in this district believe that disclosure of this indictment at this time would jeopardize their ability to continue their investigation and knowledge of the indictment may give the defendant the opportunity to avoid arrest.

**WHEREFORE,** the United States moves the Court to seal the above-captioned indictment until defendant is arrested, that this motion be filed ex parte, and that the record of any reading of the name of the defendant in this indictment likewise be sealed, and to make available to the United States a copy of said Indictment once it is docketed.

DEBORAH J. RHODES
UNITED STATES ATTORNEY

By
Sean P. Costello       Costs3753
Assistant United States Attorneys