## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| **vs.** | * CRIM. NO. 07. 00384. KD |
| | * USAO NO: 07R00438 |
| **OMAR SHAFIK HAMMAMI** | * |
| | * **TO BE FILED UNDER SEAL** |

## ORDER TO SEAL

This cause having come before the Court pursuant to the United States' ex parte motion to seal the attached indictment, it is hereby

**ORDERED and ADJUDGED** that the attached indictment be sealed until further Order of the Court and that a copy of said sealed indictment be made available to the United States. It is further

**ORDERED and ADJUDGED** that the attached indictment be unsealed upon the arrest of the defendant.

**DONE and ORDERED** at Mobile, Alabama, this 27th day of November, 2007

_____
UNITED STATES MAGISTRATE JUDGE