AO 442    (Rev. 08/07)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____Alabama_____

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | |
| OMAR SHAFIK HAMMAMI | Case Number:  07-00384-KD |

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____OMAR SHAFIK HAMMAMI_____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court

☐ Pretrial Release  ☐ Probation  ☐ Supervised Release  ☐ Violation Notice
    Violation Petition    Violation Petition    Violation

charging him or her with   (brief description of offense)

**PROVIDING MATERIAL SUPPORT TO TERRORISTS**

☑ in violation of Title ____18____ United States Code, Section(s) ____2339A____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| CHARLES R. DIARD, JR. | _Claire Roberts_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK | 12/13/2007    MOBILE, ALABAMA |
| Title of Issuing Officer | Date and Location |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442    (Rev. 08/07) Warrant for Arrest (Page2)

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:    OMAR SHAFIK HAMMAMI _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:    _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:    _____

_____

INVESTIGATIVE AGENCY AND ADDRESS:    _____
        FBI

_____

_____