## PENALTY PAGE

CASE STYLE:            UNITED STATES V. OMAR SHAFIK HAMMAMI,
                       aka Abu Mansour al-Amriki, aka Farouk

DEFENDANT:             OMAR SHAFIK HAMMAMI, aka Abu Mansour al-
                       Amriki, aka Farouk (ALL COUNTS)


USAO NUMBER:           07R00255

AUSA:                  SEAN P. COSTELLO


CODE VIOLATIONS:

Count 1:               18 USC § 2339A - Providing Material Support to
                       Terrorists.

Count 2:               18 USC § 2339B - Conspiracy to Provide Material
                       Support to Designated Foreign Terrorist Organization.

Count 3:               18 USC § 2339B - Providing Material Support to
                       Designated Foreign Terrorist Organization.

PENALTIES:

Counts 1-3:            15 yrs/ $250,000 fine /3 yrs SRT/$100.00 SA