FILED IN OPEN COURT

SEP 2 4 2009

CHARLES R. DIARD, JR.
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA     *
    *
v.     *     **Criminal No. 07-00384-KD**
    *     **UNDER SEAL**
OMAR SHAFIK HAMMAMI     *
aka Abu Mansour al-Amriki     *
aka Farouk     *

## MOTION TO SEAL SUPERSEDING INDICTMENT

Comes now the United States, by and through the United States Attorney for the Southern District of Alabama, and moves the Court to enter an Order sealing the above-captioned superseding indictment, and as grounds therefor the United States says the following:

The defendant has been charged following an investigation which has not yet resulted in the defendant's arrest. Because the indictment is subject to public access immediately upon its return, the Government submits that sealing is necessary to preserve the integrity of the ongoing investigation pending the defendant's arrest. Publication of the indictment without sealing could result in notice to the defendant and coconspirators prior to his arrest, and would allow him and others the opportunity to impede the ongoing investigation, destroy evidence, conceal assets, tamper with or harm witnesses or avoid apprehension.

WHEREFORE, the United States moves the Court to enter an Order sealing the superseding indictment in the above-captioned case pending further Order of the Court, and requests that a copy be provided to the United States **before** the indictment is sealed. Because the defendant is believed to be located overseas, the United States moves that the order sealing the superseding indictment permit the government to disclose the indictment and arrest warrant to law enforcement officers and

agencies in the United States, foreign governments, and international law enforcement organizations (such as INTERPOL) for the purpose of locating, apprehending, and extraditing the defendant.

Respectfully submitted,

EUGENE A. SEIDEL
ACTING UNITED STATES ATTORNEY
by:

Sean P. Costello
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama   36602
Telephone: (251) 441-5845
Facsimile:  (251) 441-5131