## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **Criminal No. 07-00384-KD** |
| | * | **UNDER SEAL** |
| **OMAR SHAFIK HAMMAMI** | * | |
| **aka Abu Mansour al-Amriki** | * | |
| **aka Farouk** | * | |

## ORDER SEALING FILE

The Court, having considered the motion of the United States to seal the file in above-captioned case, and being of the opinion that same is well-taken and due to be granted,

It is therefore **ORDERED** that the above-captioned motion, this Order, and the instant superseding indictment be and hereby are **SEALED**, pending further Order of this Court, except that the United States may disclose the indictment and arrest warrant to law enforcement officers and agencies in the United States, foreign governments, and international law enforcement organizations (such as INTERPOL) for the purpose of locating, apprehending, and extraditing the defendant. It is further **ORDERED** that a copy of said superseding indictment be provided to the United States **before** it is sealed.

**DONE** and **ORDERED** this _____24th_____ day of _____September, 2009._____

_____
HON.
**UNITED STATES MAGISTRATE JUDGE**