# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

FILED AUG 5 '10 AM 8 :41 USDCALS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **vs.** | * | **Criminal Number: 07-00384-KD** |
| | * | |
| **OMAR SHAFIK HAMMAMI** | * | |
|     **aka Abu Mansour al-Amriki** | * | |
|     **aka Farouk** | * | |

## EX PARTE MOTION TO UNSEAL

Comes now the United States of America, by and through the United States Attorney for the Southern District of Alabama and the undersigned Assistant United States Attorney, and respectfully moves that the Court unseal the Superseding Indictment and all other docket items in the above captioned matter. As grounds therefor, the United States submits that there are no longer compelling grounds for the case to remain under seal, and in light of widespread public and press discussion of the case and indictment, further sealing of the case is unnecessary to protect the integrity of the ongoing investigation. Furthermore, due to developments in related investigations in other districts, it is in the interests of justice to unseal the above-captioned case at this time.

Respectfully submitted this 5th day of August, 2010.

KENYEN R. BROWN
UNITED STATES ATTORNEY

By

Sean P. Costello
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama  36602
Telephone: (251) 441-5845
Facsimile:  (251) 441-5131