# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

FILED AUG 5 '10 AM 8 :41 USDCALS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **Criminal No. 07-00384-KD** |
| | * | |
| **OMAR SHAFIK HAMMAMI** | * | |
| **aka Abu Mansour al-Amriki** | * | |
| **aka Farouk** | * | |

## ORDER UNSEALING FILE

The Court, having considered the motion of the United States to unseal the file in above-captioned case, and being of the opinion that same is well-taken and due to be granted,

It is therefore **ORDERED** that the Superseding Indictment, Indictment, and the above-captioned case, be and hereby are **UNSEALED**.

**DONE** and **ORDERED** this 5th day of August, 2010.

HON. KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE